UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Marco A. Alvarez, et al.,** | Civil No. 11-CV-3106 (SRN/TNL) |
| **Plaintiffs,** | |
| v. | ORDER |
| **Diversified Maintenance Systems, LLC, et al.** | |
| **Defendants**, | |

---

David H. Redden and Nicholas G. B. May, Fabian, May & Anderson, PLLP, 1625 Medical Arts Building, 825 Nicollet Mall, Minneapolis, Minnesota 55402; Margaret O'Sullivan Kane, Kane Education Law, LLC, 1654 Grand Avenue, Suite 200, St. Paul, Minnesota 55105; Michael B. Healey, Michael Healey Law, LLC, 1654 Grand Avenue, Suite 200, St. Paul, Minnesota 55105, Adam W. Hansen, Paul J. Lukas and Timothy C. Selander, Nichols Kaster, PLLP, 80 South Eighth Street, Suite 4600, Minneapolis, Minnesota 55402, for Plaintiffs.

Andrea D. Kiehl, Phillip B. Russell and Ashlee M. Bekish, Ogletree, Deakins, Nash, Smoak & Stewart, PC, 90 South Seventh Street, Suite 3800, Minneapolis, Minnesota 55402, for Defendants.

---

SUSAN RICHARD NELSON, United States District Judge

Before the Court is Plaintiffs' Motion to Stay Pending Review of the Magistrate Judge's Pretrial Order [Doc. No. 49].  Plaintiffs seek an order granting a stay of the proceedings until this Court has the opportunity to review their appeal of Magistrate Judge Leung's Order of July 3, 2012 [Doc. No. 47].   The July 3 Order requires Plaintiffs to produce certain discovery on or before July 9, 2012.  On July 6, 2012, Plaintiffs filed Objections to the Magistrate Judge's

Pretrial Order [Doc. No. 48], pursuant to Local Rule 72(a), and also filed the instant motion seeking a stay.

The Court grants Plaintiffs' motion to stay. Defendants shall file a response to Plaintiffs' Objections by Friday, July 13, 2012.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion to Stay Pending Review of Magistrate Judge's Pretrial Order [Doc. No. 49] is **GRANTED**; and

2. Defendants shall file a response to Plaintiff's Objections by Friday, July 13, 2012.

.

Dated:   July 9, 2012

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Court Judge