UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marco L. Alvarez, et al.                     Case No. 11-CV-3106 (SRN/TNL)

      Plaintiffs,

v.                                           **ORDER**

Diversified Maintenance Systems, LLC,
et al.,

      Defendant.

---

Paul J. Lukas, Nichols Kaster, Timothy C. Selander, and Adam W. Hansen, PLLP, 80 South Eighth Street, Suite 4600, Minneapolis, Minnesota 55402; Margaret O'Sullivan Kane, Kane Education Law, LLC, 1032 Grand Avenue, Suite 202, St. Paul, Minnesota 55105; Michael B. Healey, Michael Healy Law, LLC, 1654 Grand Avenue, Suite 200, St. Paul, Minnesota 55105; and David H. Redden and Nicholas G. B. May, Fabian, May & Anderson, PLLP, 825 Nicollet Mall, Suite 1625, Minneapolis, Minnesota 55402, for Plaintiffs

Ashlee M. Bekish, Ogletree, Deakins, Nash, Smoak & Stewart, PC, 90 South Seventh Street, Suite 3800, Minneapolis, Minnesota 55402; Patrick F. Hulla, Ogletree, Deakins, Nash, Smoak & Stewart, PC, 4520 Main Street, Suite 400, Kansas City, Missouri 64111; and Phillip B. Russell, Ogletree, Deakins, Nash, Smoak & Stewart, PC, 100 North Tampa Street, Suite 3600, Tampa, Florida 33602, for Defendant

---

WHEREAS, on June 6, 2013 at 11:00 a.m., a hearing was held before the Honorable Susan Richard Nelson, United States District Judge, to consider the Parties' Joint Motion for Final Approval of the Settlement [Doc. No. 109]; and to consider the Plaintiffs' and Plaintiffs' Counsel's Application for Attorneys' Fees, Costs, and Expenses [Doc. No. 113]; and

WHEREAS, having heard the statements of counsel for the parties and reviewed all material submitted by the same,

IT IS HEREBY ORDERED AND ADJUDGED:

1. The settlement and plan of distribution set forth in the Parties' Stipulation of Settlement [Doc. No. 109] is fair, reasonable, and adequate, and is approved and **GRANTED**.

2. The Plaintiffs' and Plaintiffs' Counsel's Application for Attorneys' Fees, Costs, and Expenses [Doc. No. 113] is approved and **GRANTED.**

3. This matter is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 6, 2013                     BY THE COURT:

                                        s/Susan Richard Nelson
                                        Susan Richard Nelson
                                        United States District Judge